# Court of Appeals
# of the State of Georgia

ATLANTA,   November 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0129. DAMON T. SCOTT v. THE STATE.**

In May 1997, Damon T. Scott was convicted of three counts of armed robbery, and was sentenced to 20 years, with ten years to serve. On September 25, 2014, Scott's probation was revoked based upon a finding that he had committed new felony offenses and failed to comply with the terms of his probation. On November 3, 2014, Scott filed this application for discretionary review of the revocation order. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the date of the order, decision or judgment sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d) 57 (1989). Scott filed his application 39 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____11/19/2014_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*